IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-02969-MSK-MJW

WESLEY "DEAN" STEWART,
*individually and on behalf of all others similarly situated*,

Plaintiff,

v.

STONEHAM DRILLING CORPORATION, and
WESTERN ENERGY SERVICES CORP.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

       It is hereby ORDERED that the Stipulated Motion for Entry of Protective Order (docket no. 19) is GRANTED finding good cause shown.  The written Stipulated Protective Order (docket no. 19-1) is APPROVED as amended in paragraph 11 and made an Order of Court.


Date: January 16, 2015