IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 14-cv-02969-MSK-MJW

WESLEY "DEAN" STEWART, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

STONEHAM DRILLING CORPORATION,

    Defendant.

## ORDER

The Court hereby APPROVES the parties' Agreed Motion to Approve Settlement Agreement as to all claims by Plaintiffs who have consented to participate and DISMISSES this case, with prejudice, each party to bear his, her or its own attorney fees and costs, except as otherwise provided in the settlement agreement between them.

DATED this 4th day of February, 2016.

                                                    BY THE COURT:

                                                    *Marcia S. Krieger* (signature)

                                                    Marcia S. Krieger
                                                    United States District Court